UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>JAY PERALTA,<br><br>                    Defendant. | 22 Civ. 1395 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      ORDERED that on September 8, 2022, at 10:00 a.m., the Warden or other official in charge of the Great Meadows Correctional Facility, produce inmate Jay Peralta, DIN: 18-A-2505, at a suitable location within the Great Maeadows Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and the Government in the above-referenced matter.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

      Counsel for the Government must: (i) transmit a copy of this Order to Defendant via certified mail at the Great Meadows Correctional Facility; (ii) transmit this Order to the Warden forthwith; (iii) contact the Great Meadows Correctional Facility forthwith to arrange the call and to determine the telephone number at which the Government will be reachable at the above time and date; and (iv) telephone the Court with Defendant on the line at the time and date of the conference.  The dial-in information is as follows: at the above-specified time, the participants shall dial (888) 363-4749 and enter access code

2

5123533.  Please note that the conference line will not be available until 10:00 a.m.

    SO ORDERED.

Dated:    June 22, 2022
            New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge