

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 26, 2022

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



Re:  United States v. Peralta, 22-cv-1395 (KPF)

Dear Judge Failla:

    This Office represents plaintiff United States of America ("United States") in the above-referenced civil forfeiture action against defendant Jay Peralta ("Defendant"). Defendant's response to the complaint was due by August 8, 2022. See Order dated June 22, 2022 (ECF No. 9). To date, Defendant has not appeared in this action, filed an answer or any other response to the complaint, or otherwise defended this action. Accordingly, the United States intends to move for a default judgment and respectfully requests that the Court adjourn *sine die* the initial pretrial conference currently scheduled for September 8, 2022, so that the United States can commence default proceedings. I thank the Court for its consideration of this matter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:  /s/ Carly Weinreb
    CARLY WEINREB
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel: (212) 637-2769
    Carly.Weinreb@usdoj.gov

Cc:  By Certified Mail
    Jay Peralta
    DIN 18A2505
    Great Meadow Correctional Facility
    11739 State Route 22
    P.O. Box 51
    Comstock, NY 12821-0051

Application GRANTED.  The initial pretrial conference scheduled to take place on September 8, 2022, is hereby **ADJOURNED** *sine die*.

Dated:    August 29, 2022
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE