UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>JAY PERALTA,<br><br>                    Defendant. | 22 Civ. 1395 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

　　This action having been commenced on February 28, 2022, by the filing of the Complaint (Dkt. #1), followed by the Clerk of Court's issuance of a summons on April 5, 2022 (Dkt. #6), and a copy of the summons and Complaint having been personally served on the Defendant on July 1, 2022, by hand delivery to Defendant, and proof of service having been filed on September 9, 2022 (Dkt. #14), and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and upon the Certificate of Default entered by the Clerk of Court on September 12, 2022 (Dkt. #17), and upon the Declaration of Carly Weinreb, Assistant United States Attorney, dated September 29, 2022, together with its accompanying exhibits (Dkt. #19), as well as upon all pleadings, filings, and notices in this action, it is hereby

　　ORDERED, ADJUDGED AND DECREED:  That Plaintiff United States of America have judgment against Defendant in the amount of $404,166.00. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated:  December 13, 2022
         New York, New York

*[signature]*
_____
KATHERINE POLK FAILLA
United States District Judge